IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MUSTAFA AWAD (TDCJ No. 1017355), | § § § | |
| Plaintiff, | § § | |
| V. | § § | No. 3:15-cv-1994-P |
| TEXAS DEPARTMENT OF CRIMINAL JUSTICE – HUNTSVILLE UNIT, | § § § § | |
| Defendant. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

SO ORDERED this 30th day of July, 2015.

_____
JORGE A. SOLIS
UNITED STATES DISTRICT JUDGE